IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFF KACZYNSKI,
*Individually and on behalf of others similarly situated*,

               Plaintiff,

v.

LAUGHING OUT LOUD RESTAURANT GROUP, LLC ARENA TAVERN INVESTOR GROUP, LLC, ARENA TAVERN DULUTH, LLC, ARENA TAVERN KENNESAW, LLC, ARENA TAVERN SANDY SPRINGS, LLC, TONY SHAW, and MICHAEL A. MILLER,

               Defendants.

CIVIL NO. 1:12-cv-2085-JEC

## JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

The Parties, through their undersigned counsel, hereby stipulate to the dismissal without prejudice of all claims in this action pursuant to Fed. R. Civ. P. 41 according to the terms of the Court's order allowing Plaintiff to join the *Register v. Laughing Out Loud Restaurant Group*, LLC, Civ. No. 1:10-cv-03861-JEC [Doc. 166 in that case].

Dated:  July 26, 2013

                                            Respectfully submitted,

                                            s/G. Blake Andrews
                                            Gary Blaylock "Blake" Andrews, Jr.
                                            Georgia Bar No. 019375
                                            Blake@AndrewsStembridge.com
                                            John T. Stembridge
                                            Georgia Bar No. 678605
                                            John@AndrewsStembridge.com
                                            Andrews & Stembridge, LLC
                                            2951 Piedmont Road, Suite 300
                                            Atlanta, GA 30305
                                            Tel: 770-828-6225
                                            Fax: 866-828-6882

                                            AND

                                            s/Evan L. Kaine
                                            Evan L. Kaine
                                            Georgia Bar No. 406036
                                            Kaine Law, LLC
                                            3355 Lenox Road
                                            Suite 850
                                            Atlanta, GA 30326
                                            Telephone: 404-214-2001
                                            Facsimile: 404-214-1774
                                            ekaine@elawpractice.com

                                            ATTORNEYS FOR PLAINTIFFS

                                            s/David E. Baum
                                            (w/express permission)
                                            Georgia Bar No. 042430
                                            1570 Warsaw Road

2

Roswell, GA 30076
Phone: 678-795-1304
Fax: 678-795-1308

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

Pursuant to Local Rule 7.1D, I certify that the foregoing notice of filing consent form was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

By:  s/G. Blake Andrew